THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALAPUWADUGE MENDIS, *et al.*, | CASE NO. C15-0144-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SCHNEIDER NATIONAL CARRIERS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the case schedule (Dkt. No. 135). The parties recently discovered that 161 members of the certified class were inadvertently omitted from the list for purposes of notice under Federal Rule of Civil Procedure 23(c)(2)(B). (*Id*. at 1.) Because these members should receive the same notice and opportunity to request exclusion as other members, and the Court had previously approved a form of notice and a 75-day opt-out period (Dkt. No. 130), the parties request that the case schedule be modified as follows:

//

//

| DEADLINE | EVENT |
| --- | --- |
| Deadline for expert reports | October 30, 2017 |
| Deadline for rebuttal reports | November 30, 2017 |
| Deadline for Dispositive Motions | February 9, 2018 |
| Dispositive Motion Responses | March 9, 2018 |
| Dispositive Motion Replies | March 16, 2018 |
| Deadline for Expert Discovery | March 9, 2018 |
| Deadline for Fact Discovery | March 9, 2018 |
| Deadline to Complete Mediation | March 30, 2018 |
| Plaintiffs' Pretrial Statement Due | April 20, 2018 |
| Defendant's Pretrial Statement Due | April 27, 2018 |
| Deadline to Disclosure Designations | May 4, 2018 |
| Deadline to Meet/Confer regarding Pretrial Order | May 11, 2018 |
| Proposed Pretrial Order Due | May 18, 2018 |
| Deadline to Serve Objections | May 18, 2018 |
| Trial | June 18, 2018 (contingent on Court's schedule) |

Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 135). The Court DIRECTS that notice be sent to the 161 class members inadvertently omitted from the class list provided to the notice administrator based on the same terms as other members. But in order to accommodate the Court's trial schedule, the Court SETS the following case schedule:

| DEADLINE | EVENT |
| --- | --- |
| Deadline for expert reports | October 30, 2017 |
| Deadline for rebuttal reports | November 30, 2017 |
| Deadline for Dispositive Motions | March 2, 2018 |
| Dispositive Motion Responses | March 30, 2018 |
| Dispositive Motion Replies | April 6, 2018 |
| Deadline for Expert Discovery | March 30, 2018 |

| Deadline for Fact Discovery | March 30, 2018 |
| --- | --- |
| Deadline to Complete Mediation | April 20, 2018 |
| Plaintiffs' Pretrial Statement Due | May 14, 2018 |
| Defendant's Pretrial Statement Due | May 21, 2018 |
| Deadline to Disclosure Designations | May 29, 2018 |
| Deadline to Meet/Confer regarding Pretrial Order | June 4, 2018 |
| Proposed Pretrial Order Due | June 11, 2018 |
| Deadline to Serve Objections | June 11, 2018 |
| Trial | July 9, 2018 at 9:30 a.m. (contingent on the Court's schedule) |

DATED this 6th day of November 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/*Tomas Hernandez*</u>
Deputy Clerk