THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALAPUWADUGE MENDIS, | CASE NO. C15-0144-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SCHNEIDER NATIONAL CARRIERS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to continue the deadline for dispositive motions (Dkt. No. 140). The parties seek an extension of time to facilitate mediation. Finding good cause, the Court GRANTS the parties' motion. Resulting deadlines are as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Deadline for Dispositive Motions | March 2, 2018 | March 23, 2018 |
| Dispositive Motion Responses | March 30, 2018 | April 20, 2018 |
| Dispositive Motion Replies | April 6, 2018 | April 27, 2018 |

All other dates previously set by the Court shall remain in effect.

//

MINUTE ORDER C15-0144-JCC
PAGE - 1

1       DATED this 29th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C15-0144-JCC
PAGE - 2