THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALAPUWADUGE MENDIS, *et al.*, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>Defendant. | CASE NO. C15-0144-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for leave to file an over-length brief in support of Defendant's forthcoming summary judgment motion (Dkt. No. 142). Twenty-one (21) additional pages over that allowed by Local Rule 7(e)(3) is excessive. Accordingly, Defendant's motion (Dkt. No. 142) is GRANTED in part and DENIED in part. Defendant may file a brief in support of its forthcoming summary judgment motion with twelve (12) additional pages over that allowed by Local Rule 7(e)(3), for a total of thirty-six (36) pages. Plaintiffs' brief in opposition will automatically be allowed an equal number of additional pages, and Defendant's reply brief shall not exceed one-half the total length thereof. W.D. Wash. Local Civ. R. 7(f)(4).

DATED this 20th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk