THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALAPUWADUGE MENDIS, MICHAEL FEOLA, ANDREA ARBAUGH, and EDWARD ASH, on their own and on behalf of all others similarly situated, | CASE NO. C15-0144-JCC |
| Plaintiff, | ORDER AND CERTIFICATION |
| and | |
| THE STATE OF WASHINGTON, | |
| Plaintiff-Intervenor, | |
| v. | |
| SCHNEIDER NATIONAL CARRIERS, INC., | |
| Defendant. | |

Defendant in the above-referenced matter filed a motion for partial summary judgment on March 23, 2018 (Dkt. No. 146). Included in the motion are arguments challenging the validity of Washington State's minimum wage and break laws, based on federal preemption and the prohibition against extraterritoriality. (*Id*. at 13–36.) Defendant Schneider National Carrier filed its Notice of Constitutional Challenge on March 27, 2018 (Dkt. No. 148). The

ORDER AND CERTIFICATION
C15-0144-JCC
PAGE - 1

Attorney General for the State of Washington moved to intervene on April 11, 2018 and filed a response in opposition to Defendant's motion for partial summary judgment on April 23, 2018. (Dkt. Nos. 152, 161). Defendant has filed a reply to Washington's response. (Dkt. No. 164). Pursuant to 28 U.S.C. § 2403(b) and Rule 5.1(b) of the Federal Rules of Civil Procedure, the Court hereby CERTIFIES the following issue to the Washington State Attorney General:

1. The validity of Washington State's minimum wage and break laws—whether Revised Code of Washington sections 49.12.020, 49.46.130 and Washington Administrative Code sections 296-126-092, 296-128-012 violate the Supremacy Clause of the U.S. Constitution and the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution.

Accordingly, the Court hereby ORDERS:

1. The State of Washington's motion to intervene (Dkt. No. 152) is GRANTED solely as to the matters described above.

2. The Clerk is DIRECTED to update the caption to reflect the status of Washington State as Plaintiff-Intervenor.

3. The Clerk SHALL send a copy of this Order and Certification to counsel of record for all parties, including Washington State.

DATED this 1st day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE