THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BALAPUWADUGE MENDIS, on his own and on behalf of all others similarly situated,

Plaintiff,

v.

SCHNEIDER NATIONAL CARRIERS, INC.,

Defendant.

CASE NO. C15-0144-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint notice of settlement and request regarding pending motions and pre-trial and trial-related dates (Dkt. No. 179). The parties have agreed on the material terms of a proposed class action settlement and are in the process of preparing a stipulation for review and approval. (*Id*. at 1.) Accordingly, the Court ORDERS as follows:

1. The Clerk is DIRECTED to hold Defendant's pending motions for partial summary judgment (Dkt. No. 146) and decertification (Dkt. No. 153) in ABEYANCE in anticipation of a proposed class action settlement. The motions will be deemed

withdrawn without prejudice in the event the Court grants final approval of the proposed settlement.

2. All remaining pre-trial and trial deadlines and dates are stricken and/or vacated.

3. Plaintiffs are DIRECTED to file a motion for preliminary approval of the proposed class action settlement not later than 45 days from the date of this order. If Plaintiffs fail to do so, the parties shall file a joint status report to the Court by this date.

DATED this 15th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER, C15-0144-JCC
PAGE - 2