THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALAPUWADUGE MENDIS, *et al.*, | CASE NO. C15-0144-JCC |
| Plaintiffs, | MINUTE ORDER |
| and | |
| THE STATE OF WASHINGTON, | |
| Plaintiff-Intervenor, | |
| v. | |
| SCHNEIDER NATIONAL CARRIERS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for the State of Washington to withdraw as intervenor in this matter (Dkt. No. 181). Finding good cause, the Court GRANTS the motion. The Clerk is DIRECTED to update the caption to remove Washington as Plaintiff-Intervenor.

//

//

//

MINUTE ORDER
C15-0144-JCC
PAGE - 1

1      DATED this 23rd day of May 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk
