THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALAPUWADUGE MENDIS, on his own and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>Defendant. | CASE NO. C15-0144-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 183). The Court understands the parties have negotiated a final stipulation of settlement and require additional time to obtain signatures and prepare Plaintiffs' motion for preliminary approval. (*Id*. at 1.) Accordingly, the Court ORDERS that within fourteen (14) days from the entry of this Order the parties file another joint status report if Plaintiffs have not yet filed a motion for preliminary approval of the settlement.

//

//

DATED this 29th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk