THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8

9   BALAPUWADUGE MENDIS, MICHAEL
    FEOLA, ANDREA ARBAUGH, and EDWARD
10  ASH, on their own behalf and on the behalf of all      NO. 2:15-cv-00144-JCC
    others similarly situated,
11                                                          **DECLARATION OF ERIKA L.**
                                                            **NUSSER IN SUPPORT OF**
12                  Plaintiffs,                             **PLAINTIFFS' MOTION FOR**
                                                            **PRELIMINARY APPROVAL OF**
13      vs.                                                 **CLASS ACTION SETTLEMENT**

14  SCHNEIDER NATIONAL CARRIERS, INC., a
    Nevada corporation,
15
                    Defendant.
16

17

18          I, Erika L. Nusser, declare as follows:

19          1.      I am a member of Terrell Marshall Law Group PLLC and co-lead counsel for

20  Plaintiffs Balapuwaduge Mendis, Michael Feola, Andrea Arbaugh, and Edward Ash in this

21  matter. I am a member in good standing of the bar of the State of Washington. I have personal

22  knowledge of the facts set forth in this declaration and could testify competently to them if

23  called upon to do so.

24          2.      Class Counsel thoroughly analyzed the factual and legal issues involved in this

25  case. Class Counsel propounded written discovery and reviewed thousands of documents. Class

26  Counsel deposed Defendant's designated agents and learned essential information about

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 1
CASE NO. 2:15-cv-00144-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Defendant's policies and practices. After obtaining Defendant's available payroll and hours

2  data, Counsel worked with an expert to analyze that data and calculate damages.

3      3.      On January 19, 2016, before extensive discovery, the parties participated in their

4  first mediation. The parties were unsuccessful in their efforts to resolve the case and

5  recommenced litigation.

6      4.      After class certification, the parties continued to engage in extensive discovery,

7  including assessing potential damages and conducting depositions of the parties' respective

8  damages experts. The parties also filed cross motions for summary judgment, and Schneider

9  once again sought to challenge certification by filing a motion to decertify the class. *See* Dkt.

10  Nos. 144, 146 and 153.

11      5.      On April 17, 2018, the parties engaged in another mediation with the Honorable

12  Paris Kallas (Ret.). The parties were unable to reach a settlement that day, but Judge Kallas

13  indicated she would make a mediator's proposal to the parties within a week. Because the

14  parties did not reach a settlement at mediation, however, the parties continued to litigate and

15  prepare for trial. *See, e.g.,* Dkt. Nos. 155, 159, 162, 164, 168, 173 and 175.

16      6.      On April 20, 2018, Judge Kallas made a mediator's proposal. During the next

17  three weeks, the parties further negotiated the terms of the mediator's proposal and entered into

18  a memorandum of understanding on May 14, 2018. The parties continued to negotiate the terms

19  of settlement and executed the final Stipulation for Settlement and Release of Class Action

20  Claims on July 8, 2018. Attached hereto as Exhibit 1 is a true and correct copy of the

21  Stipulation for Settlement and Release of Class Action Claims, including Exhibit A thereto.

22      7.      All of the parties' settlement negotiations have been non-collusive and at arm's

23  length. The parties have reached a class action Settlement in this case that Plaintiffs and their

24  counsel believe is fair, adequate, reasonable, and in the best interests of the Class.

25      8.      If approved by the Court, Plaintiff Mendis will receive a service award of

26  $15,000, and Plaintiffs Feola, Arbaugh, and Ash will each receive an award of $10,000 from

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 2
CASE NO. 2:15-cv-00144-JCC

the Settlement Fund. Plaintiffs will also ask the Court to approve payment from the Settlement Fund to Class Counsel to reimburse them for out-of-pocket litigation costs and to compensate them for their reasonable attorneys' fees. If approved, Class Counsel will be reimbursed for $1,437,500 in attorneys' fees and up to $120,000 in costs. Plaintiffs will also ask the Court to approve the payment of fees, costs, and other charges imposed by the Settlement Administrator from the Gross Settlement Fund in an amount not to exceed $25,000. Finally, Plaintiffs estimate that approximately $103,171 will be deducted from the Gross Settlement Fund to pay for employer-side taxes.

9.     Plaintiff Mendis and Feola responded to Defendant's discovery requests, and all Plaintiffs had their depositions taken, remained in contact with Class counsel throughout the litigation, worked with us in regard to the settlement negotiations, and committed themselves to all the rigors of litigation in the event this case did not settle. They have also agreed to "general release" of all claims and damages against Defendant, whereas Settlement Class Members are only releasing the claims and allegations brought in this lawsuit, as more fully described in the Settlement Agreement.

10.     After exhaustively analyzing the strengths and weaknesses of the Class claims, and then analyzing the various damage calculations by the parties' experts accordingly, Class Counsel apportioned the Net Settlement Fund among the claims remaining at the time of settlement. The specific breakdown is as follows: (1) 34 percent of the Net Settlement Fund will be allocated based on the Settlement Class Members' pro rata rest break hours worked during the Settlement Class Period; (2) 7 percent of the Net Settlement Fund will be allocated based on the Settlement Class Members' pro rata per diem pay received during the Settlement Class Period; and (3) 59 percent of the Net Settlement Fund will be allocated based on the Settlement Class Members' pro rata overtime hours worked during the Settlement Class Period.

11.     Assuming the Court approves the requested service awards, attorneys' fees and costs, and Settlement Administration costs, Class Counsel estimate that Settlement Class

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 3
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Members will each receive a payment equal to approximately (1) 71 percent of their actual damages for the rest break claim; (2) 36 percent of their actual damages for the per diem claim (to the extent the Class Member is part of the per diem subclass); and (3) 35 to 210 percent of their actual damages for the overtime claim (to the extent the Class Member is part of the overtime subclass). The average payment per Settlement Class Member is currently projected to be an average of approximately $3,350.

12.     TMLG is a law firm in Seattle, Washington that focuses on complex civil and commercial litigation with an emphasis on consumer protection, product defect, employment, wage and hour, real estate, personal injury, and civil rights matters. The attorneys of TMLG have extensive experience in class actions, collective actions, and other complex matters. They have been appointed lead or co-lead class counsel in numerous cases at both the state and federal level. They have prosecuted a variety of multi-million-dollar consumer fraud, wage and hour, securities fraud, and product defect class actions. The defendants in these cases have included companies such as Wal-Mart, Microsoft, Best Buy, Toyota, Honda, Sallie Mae, Comcast, ABM Industries, AT&T, T-Mobile USA, Weyerhaeuser, Behr Products, American Cemwood, Bank of America, Discover, Chase, Capital One, and HSBC.

13.     I am the lead attorney from TMLG in this case. I concentrate my practice in complex litigation, including the prosecution of consumer, wage and hour, and civil rights class actions. I have been actively involved in every aspect of dozens of class actions brought on behalf of consumers, employees, and others, and have recovered millions of dollars and obtained substantial injunctive relief for the represented groups.

14.     I received a double B.A., with distinction, from the University of Washington in 2005. In 2008, I received my J.D. from the University of San Francisco School of Law, graduating in the top 25%.

15.     I have tried and won cases in state and federal courts and have also successfully briefed and argued cases before the Ninth Circuit Court of Appeals and the Washington State

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 4
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Court of Appeals. In *Ramirez v. Precision Drywall, Inc.* (King County Superior Court), for example, I was appointed co-lead counsel for a certified class of 325 Washington employees. After a five-week jury trial, we obtained a judgment of $4.1 million. That judgment was affirmed by the Washington Court of Appeals.

16.     I have been repeatedly named to the annual Rising Star list (2013 – 2018) by Washington Law & Politics Magazine.

17.     Toby Marshall is a founding member of TMLG, and the firm's current managing member. Mr. Marshall received a B.A., cum laude, from California State University, Sacramento in 1996. In 2002, he received his J.D. from the University of Washington School of Law, where he served on the Moot Court Honor Board and was selected to the Order of Barristers. Mr. Marshall concentrates his practice in complex civil litigation, including the prosecution of wage and hour, consumer protection, and civil rights class actions. He has been actively involved in every aspect of dozens of class actions brought on behalf of employees, consumers, and others and have recovered millions of dollars and obtained substantial injunctive relief for the represented groups.

18.     Examples of employment class or collective actions that TMLG is litigating or has litigated to a successful completion include:

- *Helde v. Knight Transportation, Inc.*—TMLG represented a class of current and former truck drivers alleging violations of wage and hour laws in Washington. After several years of vigorous litigation, TMLG reached a class-wide settlement of $1.45 million, not including attorneys' fees and costs. Final Approval was granted by the U.S. District Court for the Western District of Washington in October 2017.

- *Berry v. Transdev Services, Inc. and First Transit, Inc.*—TMLG represents a proposed class of more than 600 drivers who operate the paratransit bus service for King County Accessible Service Division. Filed in 2015, the Plaintiffs allege violations of Washington wage and hour laws. The case is currently pending in the U.S. District Court for the Western District of Washington.

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 5
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

- *Rhode v. T-Mobile U.S.A., Inc.*—Filed in 2015, TMLG represents a proposed class of nearly 2,000 sales associates in Washington State who allege wage and hour violations regarding unpaid commissions. The case is currently pending in King County Superior Court.

- *McCracken v. Pacific Cargo Services, LLC, et al.*—TMLG represented a certified class of truck drivers in Washington and Oregon who alleged wage and hour violations. After years of complex litigation in Washington and Oregon Courts, TMLG reached a settlement of $475,000 on behalf of the class. King County Superior Court granted final approval of the settlement in August 2017.

- *Witschel v. IMCO General Construction, Inc.*—Filed in 2013 in Washington State Superior Court in and for Skagit County. TMLG represented current and former hourly-paid employees who alleged violations of Washington wage and hour law regarding rest breaks. The case settled on a class-wide basis for $1.1 million. Final approval of the settlement was granted on June 16, 2016.

- *Tolliver, et al. v. Avvo, Inc.*—TMLG represented a class of current and former sales employees who alleged they were misclassified as overtime exempt. The case settled on a class-wide basis for $1.75 million, and final approval was granted in September 2017.

- *Spencer v. FedEx Ground Package System, Inc.*—TMLG represented a certified class of current and former delivery drivers who allege violations of state wage and hour laws. The case settled on a class-wide basis for $10,500,000, and final approval was granted in December 2016.

- *Romatka, et al. v. Brinker International Payroll Company, L.P., et al.*—Filed in 2013 on behalf of approximately 900 current and former hourly employees who alleged wage and hour violations regarding failure to provide rest breaks and failure to properly disclose service charges. TMLG obtained a $900,000 settlement on behalf of the Class. The settlement received final approval on March 6, 2015.

- *Newell v. Home Care of Washington, Inc., et al.*—TMLG represented a class of more than 400 in-home health care workers who alleged violations of state wage and hour law. The class was certified on December 20, 2012 by the Honorable Linda Tompkins, in Washington State Superior Court, in and for Spokane County. This case settled in 2014 and received final settlement approval in early 2015.

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 6
CASE No. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

- *Paz v. Sakuma Brothers Farms, Inc.*—TMLG represents a class of almost 1,000 migrant and seasonal berry pickers who alleged violations of state wage and hour law and the federal Agricultural Worker Protection Act. The primary claims in the case settled for $850,000 plus an agreement on injunctive relief in May 2014; preliminary approval of the settlement was granted by the Honorable Marsha J. Pechman in the United States District Court for the Western District of Washington in July 2014, and final approval was granted in November 2014. TMLG successfully litigated additional claims not covered by the 2014 settlement, which resulted in a unanimous opinion by the Washington Supreme Court in *Lopez Demetrio v. Sakuma Brothers Farms, Inc.*, 183 Wn.2d 649 (2015). Following the Washington Supreme Court decision, the court approved a final settlement of all claims and ordered payment of Plaintiffs' attorneys' fees and costs in July 2016.

- *Ramirez, et al. v. Precision Drywall, Inc.*—TMLG represented a certified class of workers who alleged they were not paid for overtime work. The case was tried before a jury during a five-week period in 2010, and TMLG successfully obtained a judgment for the workers in excess of $4,000,000. TMLG continues to work on enforcing the judgment against multiple defendants. An initial distribution of funds collected so far was made to eligible class members in April 2016.

19.     Examples of consumer protection class actions that TMLG is litigating or has litigated to a successful completion include:

- *Gold, et al. v. Lumber Liquidators, Inc.*—Filed in 2014 on behalf of consumers who purchased defective flooring. TMLG represents a nationwide class of consumers as well as seven sub-classes of consumers in the states of California, New York, Illinois, West Virginia, Minnesota, Pennsylvania, and Florida. The case is pending in the United States District Court for the Northern District of California.

- *Jordan v. Nationstar Mortgage, LLC*—TMLG represents a class of homeowners who were improperly locked out of their homes by their mortgage lender. The lawsuit is pending in the U.S. District Court for the Eastern District of Washington. The Court granted summary judgment on liability to the certified class in November 2017.

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 7
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

- *Breazeale, et al v. Victim Services, Inc., et al*—TMLG currently represents a proposed class of consumers who allege violations of the FDCPA. The lawsuit is pending in U.S. District Court for the Northern District of California. The Ninth Circuit affirmed the District Court's denial of a motion to compel arbitration and denial of a motion to strike in December 2017.

- *Cavnar, et al. v. BounceBack, Inc.*—Filed in 2014 on behalf of Washington consumers who received false, misleading, and deceptive debt collection letters printed on the letter head of county prosecuting attorneys. TMLG worked to negotiate a class-wide settlement, and final approval was granted in September 2016.

- *Baltzell v. Indiana Family and Social Services Administration, et al.*—Served as co-counsel for a class of intellectually or developmentally disabled persons whom were deemed ineligible for, denied services from, or terminated from Medicaid waiver programs due to screening conducted with improper protocols and instruments. The case settled, and final approval was granted in 2016.

- *Soto v. American Honda Motor Corporation*—Filed in 2012 on behalf of owners and lessees of 2008-2010 Honda Accords that consume motor oil at a much higher rate than intended, due to a systemic design defect. The case settled on a class-wide basis and final approval was granted in March 2014.

- *Smith v. Legal Helpers Debt Resolution LLC*—Filed in 2011 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. Class settlements were approved by the Court in December 2012 and December 2013.

- *Brown v. Consumer Law Associates LLC, et al.*—Filed in 2011 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. A class settlement was approved by the Court in 2013.

- *Bronzich, et al. v. Persels & Associates, LLC, et al.*—Filed in 2010 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. A class settlement was approved by the Court in 2013.

- *Milligan, et al. v. Toyota Motor Sales, Inc.*—Filed in 2009 on behalf of owners of 2001-2003 Toyota RAV4s containing defective Electronic Computer Modules, which cause harsh shifting conditions and permanent damage to the transmissions. TMLG worked to negotiate a

nationwide class action settlement, and final approval was granted in January 2012.

- *Kitec Consolidated Cases*—Served as co-counsel in a national class action lawsuit against the manufacturers of defective hydronic heating and plumbing systems. The case settled for $125,000,000, and final approval was granted in 2011.

- *Seraphin v. AT&T Internet Services, Inc., et al.*—A multi-state class action filed in 2009 on behalf of AT&T internet customers who paid $20 a month or less for internet service and were assessed and Early Termination Fee when they cancelled service. A class settlement was approved by the Court in 2011.

20.     Examples of civil rights class actions TMLG is litigating or has litigated to a successful completion include:

- *Wilbur v. Mount Vernon, et al.*—TMLG was appointed co-lead class counsel for a certified class of indigent defendants in Mount Vernon and Burlington, Washington who were not being provided meaningful access to a public defender. After three years of litigation and a nine-day bench trial, TMLG prevailed and obtained substantial injunctive relief on behalf of the class.

- *Fuentes, et al. v. Benton County*—In 2015 TMLG filed a class action on behalf of indigent defendants in Benton County who were being jailed because they could not afford to pay their legal financial obligations, such as court fines, fees, penalties, or costs. The case settled in 2016, obtaining substantial injunctive relief on behalf of the class.

- *Brown et al. v. Lexington County, et al.*—In 2017 TMLG filed suit against Lexington County, South Carolina on behalf of a class of indigent defendants who were being jailed because they could not afford to pay their legal financial obligations. This case is ongoing.

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct, and that this declaration was executed in Seattle, Washington, this 12th day of July, 2018.

By:   /s/ Erika L. Nusser, WSBA #40854
Erika L. Nusser, WSBA #40854

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 9
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

CERTIFICATE OF SERVICE

2      I, Erika L. Nusser, hereby certify that on July 12, 2018, I electronically filed the

3  foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4  such filing to the following:

5
            Douglas E. Smith, WSBA #17319
6           E-Mail: desmith@littler.com
            Kellie Anne Tabor, WSBA #46260
7           Email:  ktabor@littler.com
            LITTLER MENDELSON, P.C.
8           One Union Square
            600 University Street, Suite 3200
9           Seattle, Washington 98101-3122
            Telephone: (206) 623-3300
10          Facsimile: (206) 447-6965

11
            Joel H. Spitz, *Admitted Pro Hac Vice*
12          Email: jspitz@mcguirewoods.com
            Michael R. Phillips, *Admitted Pro Hac Vice*
13          Email: mphillips@mcguirewoods.com
            McGUIREWOODS LLP
14          77 West Wacker Drive
            Chicago, Illinois 60601
15          Telephone: (312) 750-3532
            Facsimile: (312) 849-3690
16

17          Matthew C. Kane, *Admitted Pro Hac Vice*
18          Email:  mkane@mcguirewoods.com
            McGUIREWOODS LLP
19          1800 Century Park East, 8th Floor
            Los Angeles, California 90067
20          Telephone: (310) 315-8295
            Facsimile: (310) 315-8210
21

22          *Attorneys for Defendant*

23

24

25

26

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 10
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      DATED this 12th day of July, 2018.

2                          TERRELL MARSHALL LAW GROUP PLLC

3
                           By: /s/ Erika L. Nusser, WSBA #40854
4                              Erika L. Nusser, WSBA #40854
                               Email: enusser@terrellmarshall.com
5                              936 North 34th Street, Suite 300
                               Seattle, Washington 98103-8869
6                              Telephone: (206) 816-6603
                               Facsimile: (206) 319-5450
7

8                          *Attorneys for Plaintiffs and Class members*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF ERIKA L. NUSSER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 11
CASE NO. 2:15-cv-00144-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com